UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
MIAMI DIVISION

Case No. 1:18-cv-24145-KMW

JOHN DOE 1, *et al*.,

    Plaintiffs,

v.

MARK GLASS,

    Defendant.

_____/

**NOTICE OF SUBSTITUTION OF DEFENDANT**

PLEASE TAKE NOTICE that in accordance with Rule 25(d) of the Federal Rules of Civil Procedure, MARK GLASS, Commissioner of the Florida Department of Law Enforcement is substituted as Defendant, in the above-styled case in place of RICHARD L. SWEARINGEN, former Commissioner of the Florida Department of Law Enforcement.

Dated: April 3, 2024

                                          Respectfully Submitted,

                                        ASHLEY MOODY
                                        ATTORNEY GENERAL

                                        /s/ Martha Hurtado
                                        MARTHA HURTADO
                                        Senior Assistant Attorney General
                                        Fla. Bar No. 103705
                                        OFFICE OF THE ATTORNEY GENERAL
                                        110 S.E. 6th Street, 10th Floor
                                        Ft. Lauderdale, Florida 33301
                                        Telephone:    954-712-4600
                                        Facsimile:     954-527-3702
                                        Martha.Hurtado@myfloridalegal.com
                                        Attorney for Defendant Mark Glass

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will generate a Notice of Electronic Filing to all counsel or parties of record.

*/s/ Martha Hurtado*
Martha Hurtado
Senior Assistant Attorney General